# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

JACQUELINE CLAY, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

LIBERTY MUTUAL INSURANCE COMPANY,

   *Defendant*.

_____/

**Case No. 1:2025-cv-06789**

## NOTICE OF SETTLEMENT

Plaintiff, Jacqueline Clay, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Date: February 9, 2026

    Respectfully Submitted,

    **Shamis & Gentile, P.A.**
    */s/ Andrew J. Shamis*
    Andrew J. Shamis, Esq.
    New York Bar No. 5195185
    ashamis@shamisgentile.com
    14 NE 1st Avenue, Suite 705
    Miami, FL 33132
    Telephone: 305-479-2299

    *Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

      I hereby certify that on February 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**

By:    */s/ Andrew J. Shamis*
          Andrew J. Shamis, Esq.
          New York Bar No. 5195185

          *Counsel for Plaintiff*